UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES ELLIS TALLEY,
                    Plaintiff,

        v.

UNITED STATES VETERANS AFFAIRS,
                    Defendant.

CASE NO. C24-0355-KKE

ORDER ON CASE CONSOLIDATION

This matter comes before the Court *sua sponte*.  The Court recently closed another case brought by Plaintiff against Defendant as duplicative.  *See Talley v. U.S. Dep't of Veterans Affs.,* No. C24-1157-KKE, Dkt. No. 22 (W.D. Wash. filed on Feb. 26, 2025).  Because the complaints in these two cases were similar but not identical, the Court finds good cause under Federal Rule of Civil Procedure 15(a)(2) to grant Plaintiff leave to amend his complaint.  Plaintiff shall file a new complaint that includes all claims against Defendant no later than March 26, 2025.

Accordingly, the Court terminates Defendant's pending motion to dismiss.  Dkt. No. 22. If a new operative complaint is not filed by March 26, 2025, Defendant may file a request to reactivate the motion to dismiss.  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of February, 2025.

Kymberly K. Evanson
United States District Judge