UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES ELLIS TALLEY,<br>               Plaintiff,<br>   v.<br>UNITED STATES VETERANS AFFAIRS,<br>               Defendant. | CASE NO. C24-0355-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiff Charles Ellis Talley's motion for summary judgment. Dkt. No. 36. On May 14, 2025, the Court dismissed the case without prejudice for lack of subject matter jurisdiction. Dkt. No. 34. The next day, the clerk docketed Plaintiff's motion for summary judgment which had been received in the mail May 13, 2025. Dkt. No. 36.

The Court has reviewed Plaintiff's motion for summary judgment and confirmed it does not impact the Court's dismissal of the case for lack of subject matter jurisdiction. Accordingly, the Court DENIES Plaintiff's motion for summary judgment as MOOT. Dkt. No. 36. The case remains closed.

The Clerk is directed to send uncertified copies of this Order to Plaintiff at his last known address.

Dated this 23rd day of May, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge